PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Timothy Richard Brink**

**Docket No. 0:02CR00143-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Timothy Richard Brink** who was sentenced for Bank Fraud on May 6, 2003, by the Honorable Michael J. Davis, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Financial disclosure; no new credit; home detention

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On July 24, 2006, the defendant was charged in Hennepin County District Court on two counts of Theft by Swindle Over $2,500 and one count of Securities Fraud. These charges developed from events that actually occurred in April and May 2005 pertaining to the defendant selling stocks and borrowing money from a private individual.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

SCANNED
MAR 07 2007
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 1st day of ~~February~~ March, 2007, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

/s Karen L. Godin
U.S. Probation Officer

Executed on February 27, 2007
Place Minneapolis

Approved:

Curtis L. Stevens
Supervising U.S. Probation Officer