AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 02-143 MJD/JGL

Timothy R. Brink

RECEIVED
MAR 09 2007
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **U.S. Courthouse**
**300 South Fourth Street**
**Courtroom 8E**
**Minneapolis, MN 55415**

2007 MAR -7 P 3:40
RECEIVED
US MARSHALS SERVICE
MPLS MN

Before: **Honorable Magistrate Judge Franklin L. Noel**

On: **3/20/07 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

**PLEASE HAVE AN ATTORNEY PRESENT FOR THIS HEARING AND CONTACT PRETRIAL SERVICES AT (612) 664-5454, as soon as you receive this summons.**

Stacey E. Kulevich

Stacey E. Kulevich, Deputy Clerk

Dated: March 7, 2007

SCANNED
MAR 13 2007
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me: [1] NANCY SCHMIDT Date: 3/8/07

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: USMS office - Mpls MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3/8/07
Date

Ben Kates (Acting)
Name of United States Marshal

N Schmidt
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure