IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: CR 02-143 MJD |
| v. | ) | Date: 03/20/07 |
| | ) | Court Reporter: None |
| Timothy Richard Brink, | ) | Tape Number: 66/1973-2219 |
| | ) | Time Commenced: 11:00 a.m. |
| Defendant. | ) | Time Concluded: 11:08 a.m. |
| | | Time in Court: 8 Minutes |

APPEARANCES:

Plaintiff: Chris Wilton, Assistant U.S. Attorney
Defendant:

☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

Interpreter / Language: none/English

Date Charges Filed: 03/01/107 Offense: Violation of Supervised Release

√ Def. Advised of the substance of the charge (R.5(d)(1)) ☐ Waived Reading of Charges √ Advised of Rights

on Violation of: √ Supervised Release

√ **Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.**

Additional Information:
Final revocation hearing is Thursday, April 5, 2007 at 9:00 a.m. before Judge Davis. Defendant stated that he had retained private counsel. Retained counsel was not present at this hearing.

s/AR
Criminal Duty Clerk