UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | Criminal Case No. CR-02-143 MJD/JGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF APPEARANCE |
| | ) | OF COUNSEL |
| Timothy R. Brink, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

-----------------------------------------------------------------------------------------------------

Mitchell A. Robinson, attorney at law, hereby enters his appearance in the above-entitled matter on behalf of the defendant, Timothy R. Brink.

Mitchell A. Robinson #281359
33 South 6th Street #4530
Minneapolis, MN 55402
Telephone: 612-573-0073
Fax: 612-339-8168

Date: April 18, 2007.

/s/ Mitchell A. Robinson
Mitchell A. Robinson