**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>(1) Timothy R. Brink,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Michael J. Davis<br>U.S. District Judge<br><br>Case No: 02-cr-143(1) MJD/<br>Date: April 19, 2007<br>Court Reporter: Lori Simpson<br>Time Commenced: 02:30 p.m.<br>Time Concluded: 02:38 p.m.<br>Time in Court: 8 Minutes |

## APPEARANCES:

Plaintiff: Francis Magill, Jr., Assistant U.S. Attorney
Defendant: Mitchell Robinson : Retained

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant released on same terms and conditions of supervised release.
: Supervised Release continued for a term of terminated upon release from BOP.
: Defendant is sentenced to: Bureau of Prisons for 5 months

s/Susan Schempf
Judicial Assistant