# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**Timothy R. Brink**

**SECOND AMENDED**
**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-cr-143(1) MJD**
USM Number: **10483-041**
Social Security Number: **6454**
Date of Birth: **1959**

**Mitchell Robinson**
Defendant's Attorney

**THE DEFENDANT:**

[**x**] admitted guilt to violation of condition a. of Mandatory Conditions: The defendant shall not commit any crimes, federal, state, or local(s): of the term of supervision.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 18 U.S.C § 1344 | Bank fraud | July 24, 2006 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**April 19, 2007**
Date of Imposition of Judgment

s/Michael J. Davis
Signature of Judge

**MICHAEL J. DAVIS**, United States District Judge
Name & Title of Judge

May 29, 2007
Date

DEFENDANT: TIMOTHY R BRINK
CASE NUMBER: 02-143(1) MJD

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **5 months to be served at Scott County Work Release Facility. Supervised release to be terminated once imprisonment commences.**

[**x**] The court makes the following recommendations to the Bureau of Prisons:
**The defendant shall be eligible for work release and medical privileges.**

[**x**] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
**At a date determined by the U.S. Probation Department.**

# RETURN

I have executed this judgment as follows:

_______________________________________________

_______________________________________________

_______________________________________________

Defendant delivered on ____________________ to ______________________________

at ________________________ , with a certified copy of this judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal